177 A.3d 113

STATE OF NEW JERSEY, PLAINTIFF, v. WILLIAM D. BROWN, DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF-RESPON-DENT, v. NIGIL J. DAWSON, DEFENDANT-PETITIONER.

C–347 September Term 2017
079556

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4898/5221–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted; and it is further

ORDERED that the appellant may electronically serve and file a supplemental brief on or before February 6, 2018, and respondent may serve and file a supplemental brief forty-five (45) days after the filing of appellant's supplemental submission, or, if appellant declines to file such a submission, on or before March 23, 2018.